Jacob Siegel and Lena Siegel, Appellees, v. David J. Davis and Selma Bloch, Appellants.

Gen. No. 43,586.

opinion filed February 14, 1946; released for publication February 26, 1946. Michael A. Gerrard, for appellants; Ordower & Ordower, for appellees; Benjamin Ordower, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.